# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
June 25, 2019

Lyle W. Cayce
Clerk

No. 19-10039
Summary Calendar

BRANDY VAUGHN,

Plaintiff - Appellant

v.

ULTA SALON, COSMETICS & FRAGRANCE INCORPORATED,

Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2076

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:*

Affirmed. *See* Fifth Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.